UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:08-MJ-1119

UNITED STATES OF AMERICA )
)ORDER ALLOWING DISMISSAL OF
v. )CRIMINAL INFORMATION AND
)WITHDRAWAL OF ARREST WARRANT
YVETTE CECILLA YAMBO )

Leave of court is granted for the filing of the foregoing
dismissal.

_3/26/2012_
DATE:

_Robert B. Jones_

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE